CROSNER LEGAL, P.C.
Craig W. Straub (SBN 249032)
Zachary M. Crosner (SBN 272295)
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429
craig@crosnerlegal.com
zach@crosnerlegal.com

Attorneys for Plaintiffs

Jacob Heath (SBN 238959)
jheath@orrick.com
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: +1 650 614 7400
Facsimile: +1 650 614 7401

Attorney for Defendant
Princess Cruises

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

TAMMY SEARLE and LA SHAUN DIXON-RUSHING, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

PRINCESS CRUISES,

Defendant.

Case No.: 2:24-cv-06345

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)**

Judge: Hon. Consuelo B. Marshall
Courtroom: 8D

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Tammy Searle and La Shaun Dixon-Rushing ("Plaintiffs") and Defendant Princess Cruises ("Defendant"), by and through their respective counsel, hereby stipulate to dismissal of the above-captioned action (the "Action") as follows: (1) Plaintiffs' individual claims in the Action are dismissed with prejudice; (2) any putative class claims in the Action are dismissed without prejudice; and (3) each party to bear its own attorneys' fees, costs, and expenses.

Respectfully submitted,

Dated: August 5, 2024

CROSNER LEGAL, P.C.

By: */s/ Craig W. Straub*
CRAIG W. STRAUB

Craig W. Straub (SBN 249032)
Zachary M. Crosner (SBN 272295)
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429
craig@crosnerlegal.com
zach@crosnerlegal.com

*Attorneys for Plaintiffs*

Dated: August 5, 2024

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Jacob M. Heath*
JACOB M. HEATH

1000 Marsh Road
Menlo Park, CA 94025
Tel: (650) 614-7400
Fax: (650) 614-7401
jheath@orrick.com

*Attorneys for Defendant*

ATTORNEY ATTESTATION

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), the filer of this document hereby attests that all of the other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: August 5, 2024

CROSNER LEGAL, P.C.

By: *\/s/ Craig W. Straub*
CRAIG W. STRAUB